

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00817-CV

**IN RE JOURDANTON HOSPITAL CORPORATION**
d/b/a South Texas Regional Medical Center

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 24, 2014, relator Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center filed a petition for writ of mandamus complaining of the trial court's order denying its request to conduct an independent medical examination of a plaintiff in the underlying medical negligence lawsuit. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-12-1063-CVA, styled *Stacy Smith, Individually and as Next Friend for C. L. S. v. Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center and Edward Barton Blackmon Jr., M.D.*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.